UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br>vs.<br>Missael Diaz-Quiles,<br><br>                   Defendant. | Case No. 20-cr-3352-TWR<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Information:

21:952,960 - Importation of a Controlled Substance (Felony) (1)

Dated: 4/13/2021

FILED
APR 1 3 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Hon. Michael S. Berg
United States Magistrate Judge